1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  FERNANDO FULGAR,                          CASE NO. 1:11-cv-00505-SKO PC

10                          Plaintiff,        ORDER DISMISSING ACTION, WITH
                                             PREJUDICE, FOR FAILURE TO STATE
11          v.                                A CLAIM UPON WHICH RELIEF MAY
                                             BE GRANTED UNDER SECTION 1983
12  JERRY BROWN, et al.,
                                             (Docs. 1 and 11)
13
                                             ORDER THAT DISMISSAL IS SUBJECT
14                          Defendants.       TO 28 U.S.C. § 1915(G)
    _____/
15

16          Plaintiff Fernando Fulgar, a prisoner proceeding pro se and in forma pauperis, filed this civil

17  rights action pursuant to 42 U.S.C. § 1983 on March 25, 2011.  On March 8, 2012, the Court

18  dismissed Plaintiff's complaint for failure to state a claim and ordered Plaintiff to file an amended

19  complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  To date, Plaintiff has not

20  complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file

21  which sets forth any claims upon which relief may be granted.

22          Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is

23  HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief

24  ///

25  ///

26  ///

27  ///

28  ///

1

1  may be granted under section 1983.  This dismissal is subject to the "three-strikes" provision set

2  forth  in 28 U.S.C. § 1915(g).  <u>Silva v. Vittorio</u>, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

5  IT IS SO ORDERED.

6  **Dated:   May 1, 2012**                    _____/s/ Sheila K. Oberto_____
                                         UNITED STATES MAGISTRATE JUDGE