# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO FULGAR,<br><br>        Plaintiff,<br><br>    v.<br><br>JERRY BROWN, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:11-cv-00505-SKO PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>(Docs. 1 and 11)<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

      Plaintiff Fernando Fulgar, a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 25, 2011.  On March 8, 2012, the Court dismissed Plaintiff's complaint for failure to state a claim and ordered Plaintiff to file an amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  To date, Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

      Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief

///
///
///
///
///

1

1 | may be granted under section 1983.  This dismissal is subject to the "three-strikes" provision set
2 | forth  in 28 U.S.C. § 1915(g).  <u>Silva v. Vittorio</u>, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

5 | IT IS SO ORDERED.

6 | **Dated:** **May 1, 2012**                                                /s/ Sheila K. Oberto
                                                                              UNITED STATES MAGISTRATE JUDGE